NO. 14 CI __14 CI 001771__   JEFFERSON CIRCUIT COURT
                              DIVISION _____

INDY TRANSPORT, INC.                                    PLAINTIFF
3504 INDOCIN CT
LOUISVILLE, KY 40220                        JEFFERSON CIRCUIT COURT
                                                  DIVISION TEN (10)

VS.                        **COMPLAINT**

T. D. HAWKS, INC.                                       DEFENDANTS
5550 WILD ROSE LANE SUITE 400
WEST DES MOINES, IA 50265

      SERVE:  REGISTERED AGENT SOLUTIONS, INC.
                828 LANE ALLEN RD. STE 219
                LEXINGTON, KY 40504

AND

SWETT & CRAWFORD
109 SOUTH SEVENTH STREET, SUITE 600
MINNEAPOLIS, MN 55402

      SERVE:  CSC-LAWYERS INCORPORATING SERVICE COMPANY
                421 WEST MAIN STREET
                FRANKFORT, KY 40601

\* \* \* \* \* \* \* \* \* \*

Comes the Plaintiff, Indy Transport, Inc., by and through counsel, and for its Complaint against the Defendants, hereby states as follows:

1. Plaintiff, Indy Transport, Inc., is a Kentucky corporation principally engaged in the trucking industry and headquartered in Louisville, Jefferson County, Kentucky.

2. Defendant, T.D. Hawks, Inc., is a Michigan corporation and insurance agency registered to do business in Louisville, Jefferson County, Kentucky.

3. Defendant is a foreign corporation engaged in the business of insurance, headquartered in Georgia and doing business in Louisville, Jefferson County, Kentucky.

1

4. The amount in dispute exceeds the amount needed to vest jurisdiction in Jefferson Circuit Court.

5. On or about October 26, 2012, Defendants sold Plaintiff, Indy Transport, Inc., a one year policy of automobile liability insurance issued by Westchester Fire Insurance Company, which included cargo coverage for Plaintiff's fleet of four company trucks.

6. Plaintiff timely paid the premium for said policy which remains in effect.

7. In the fall of 2012, Plaintiff requested the removal of coverage for one vehicle and the replacement of another on the policy.

8. On or about March 29, 2013, one of Plaintiff's independent contractor truck drivers, who was driving the vehicle requested to be added, was transporting cargo for it when he was involved in a motor vehicle accident in Florida.

9. Since that accident, the attorney for two claimants who claim to have suffered bodily injuries as a result of the accident has sent demand letters to Plaintiff and its insurer.

10. Plaintiff's insurance company has denied the claims and coverage entirely for the vehicle and denies receipt of any request to add a coverage vehicle.

11. Defendants have statutory and common law duties to their customers and insureds to exercise the care of other insurance professionals in the industry and to follow applicable insurance laws and regulations.

12. Defendants have breached their duties to Plaintiff, including but not limited to their duties to respond to and process insureds' request for policy changes.

13. As a substantial and proximate result, Plaintiffs has suffered and will continue to suffer damages, including potential liability and the cost of defense.

WHEREFORE, PLAINTIFF RESPECTFULLY DEMANDS THE FOLLOWING RELIEF:

1. Judgment against Defendants, jointly and severally;

2. Compensatory damages as supported by the evidence;

3. Pre-judgment and post judgment interest at the respective legal rates;

4. Statutory damages, if applicable;

5. Its court costs herein expended;

6. Jury trial on all issues so triable;

7. Leave to amend its pleadings;

8. Any and all relief to which it may appear properly entitled in law and in equity.

RESPECTFULLY SUBMITTED,

_____
T. SCOTT ABELL
Attorney for Plaintiff
Landward House
1387 South Fourth Street
Louisville, KY 40208
(502) 634-4199



**Registered Agent Solutions, inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

4/2/2014

Tim Darrah
**T. D. Hawks, Inc.**
32531 Wildwood Drive
Adel, IA 50003 USA

**NOTICE OF CONFIDENTIALITY**
This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call (888) 705-7274

RE: T. D. Hawks, Inc.

This receipt is to inform you that Registered Agent Solutions, inc., has received a Service of Process on behalf of the above-referenced entity. As your Registered Agent, our office received the attached document(s) and hereby are forwarding the attached document(s) to you for your immediate review. A summary of relevant information related to this particular Service of Process has been obtained and is shown below, however it is important that you review the attached document(s) in their entirety for complete and detailed information.

### SERVICE INFORMATION

Service Date: 4/2/2014
Service Time: 10:30 AM EST
Service Method: Mail (Certified)

### RASi REFERENCE INFORMATION

Service No.: 0030645
RASI Office: KY
Rec. Int. Id.: BEF

### CASE INFORMATION

Case Number: 14 CI 001771
File Date: 3/28/2014
Jurisdiction: CIRCUIT COURT, JEFFERSON COUNTY, KENTUCKY
Case Title: INDY TRANSPORT, INC. VS. T.D. HAWKS, INC.

### ANSWER / APPEARANCE INFORMATION

20 days

*(Be sure to review the document(s) for any and/or all relevant dates)*

### AGENCY / PLAINTIFF INFORMATION

Firm/Issuing Agent: N/A
Attorney/Contact: T. SCOTT ABELL
Location: Kentucky
Telephone No.: 502-634-4199

### DOCUMENT(S) RECEIVED & ATTACHED

Complaint
Summons

### ADDITIONAL NOTES

Questions or Comments... Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process per your default account instructions. RASi offers several methods of notification including Telephone Notification, Email Notification, Web Account Information, and FedEx/US Postal Delivery. If you would like to update your account's default notification methods or to view Service or Process information, you may do so by logging into your account at www.rasi.com.

*Thank you for your continued business!*






US POSTAGE $006.48° MAR 31 2014 ZIP 40202

CERTIFIED MAIL 7012 3050 0002 0143 3546

David L. Nicholson
Jefferson County Circuit
Louis D. Brandeis Hall of Justice
600 West Jefferson Street
Louisville, Kentucky 40202

Registered Agent Solutions, Inc.
828 Lan Allen Rd.
Suite 219
Lexington, KY 40504

| AOC-105  Doc. Code: CI | | Case No. 14-CI-001771 | |
|---|---|---|---|
| Rev. 1-07  03/27/2014 10:16 am | | Court | ☑ Circuit ☐ District |
| Page 1 of 1  Ver. 1.02 | | | |
| Commonwealth of Kentucky | CIVIL SUMMONS | County | Jefferson |
| Court of Justice  www.courts.ky.gov | | | |
| CR 4.02; CR Official Form 1 | | | |

**PLAINTIFF**

INDY TRANSPORT, INC.
3504 INDOCIN COURT

JEFFERSON CIRCUIT COURT
DIVISION TEN (10)

LOUISVILLE          Kentucky          40222

VS.

**DEFENDANT**

T. D. HAWKS, INC.
5550 WILD ROSE LANE
SUITE 400
WEST DES MOINES     Iowa          50265

**Service of Process Agent for Defendant:**
REGISTERED AGENT SOLUTIONS, INC.
828 LANE ALLEN RD.
SUITE 219
LEXINGTON                              Kentucky     40504

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: MAR 28 2014, 2____

DAVID L. NICHOLSON, CLERK

By: _____ Clerk
                          D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2____.

Served by: _____
           _____ Title

**14-CI-001771**

| | | |
|---|---|---|
| AOC-105  Doc. Code: CI<br>Rev. 1-07  03/28/2014 11:51 am<br>Page 1 of 1  Ver. 1.02<br>Commonwealth of Kentucky<br>Court of Justice  www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 14-CI-001771<br>Court ☑ Circuit ☐ District<br>County  Jefferson |

**PLAINTIFF**

JEFFERSON CIRCUIT COURT
DIVISION TEN (10)

INDY TRANSPORT, INC.
3504 INDOCIN COURT

LOUISVILLE        Kentucky        40220

VS.

**DEFENDANT**

SWETT & CRAWFORD
109 S. SEVENTH ST.
SUITE 600
MINNEAPOLIS       Minnesota       55402

**Service of Process Agent for Defendant:**
CSC-LAWYERS INCORPORATING SERVICE COMPANY

421 WEST MAIN ST.

FRANKFORT                                   Kentucky        40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within 20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: MAR 28 2014, 2____

DAVID L. NICHOLSON, CLERK

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this ____ day of _____, 2____.

Served by: _____

_____ Title